UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TYRONE JACKSON, JR.                                           CIVIL ACTION

VERSUS                                                                    NO. 15-244

MARLIN N. GUSMAN ET AL.                                   SECTION "C" (2)

# O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim under 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1).

New Orleans, Louisiana, this 2nd day of October, 2015.

_____
UNITED STATES DISTRICT JUDGE